FILED
CLERK, U.S. DISTRICT COURT
JAN - 8 2002
1-8-02
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF(S), | CASE NUMBER: ACV 00-3536 |
| vs. | |
| Jennifer L. Clark, DEFENDANT(S). | **NOTICE OF INTENT TO DISMISS RECOVERY CASE FOR LACK OF PROSECUTION** |

The above entitled case was filed by your office on 4/04/00. Pursuant to Federal Rule of Civil Procedures 4(m) service shall be made within 120 days after the filing of the complaint.

This case will be dismissed for lack of prosecution on 2/22/02 unless the following document(s) are filed with this office on or before 2/19/02.

[ X ] Proof of Service of the Summons and Complaint

[ ] Application for Entry of Default; and

[ ] Application for default judgment w/proposed judgment; or

[ ] Consent judgment; or

[ X ] Notice of Dismissal

CLERK, U. S. DISTRICT COURT

By J. Duffy
Deputy Clerk

ENTER ON ICMS
JAN - 8 2002



2