GOLDSMITH & HULL
Attorneys At Law
Howard D. Myers SBN 041811
18425 Burbank Blvd., #615
Tarzana, CA 91356
(818) 708-2585

Attorneys for Plaintiff

File No.: 110369

FILED
CLERK, U.S. DISTRICT COURT
APR 1 2002
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JENNIFER L. CLARK,<br>Defendant. | **CASE NO.** A00-3536<br>**DISMISSAL**<br>[Pursuant to F.R.C.P., Rule 41(a)(1)] |

Plaintiff, UNITED STATES OF AMERICA, pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, dismisses the above-entitled action without prejudice as to the following defendant only: JENNIFER L. CLARK .

Dated: March 29, 2002

GOLDSMITH & HULL

Howard D. Myers

Docketed
Copies / NTC Sent
JS - 5 / JS - 6
JS - 2 / JS - 3
CLSD

ENTER ON ICMS
APR - 4 2002

3